## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES IRWIN,<br><br>               Plaintiff,<br><br>vs.<br><br>TYME TECHNOLOGIES, INC., DOUGLAS A. MICHELS, CHRISTINE D. BAKER, DAVID CARBERRY, DON DEGOLYER, RICHIE CUNNINGHAM, STEVE HOFFMAN, GERALD H. SOKOL, and TIMOTHY C. TYSON,<br><br>               Defendants. | Case No.: 3:22-cv-04727-MAS-DEA<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

      Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Irwin ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 22, 2022                **BRODSKY & SMITH**

                                             By:   */s/ Evan J. Smith*
                                                  Evan J. Smith
                                                  240 Mineola Boulevard
                                                  Mineola, NY  11501
                                                  Phone:  (516) 741-4977
                                                  Facsimile (561) 741-0626

                                                  *Attorneys for Plaintiff*